No. 98–1993. FLORIDA *v.* J. L. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–1989. SHEPHERD *v.* COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 98–2016. GUARINO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–2056. BELLI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 98–2059. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8327. DOMINGUES *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–2. MCDANIEL ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–12. UNITY REAL ESTATE CO. ET AL. *v.* HUDSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–26. HENRY *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–39. QUINTERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–42. CENTRAL NEWSPAPERS, INC. *v.* JOHNSON ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 99–141. MATTISON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–142. HYUNDAI MERCHANT MARINE CO., LTD., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.